779 A.2d 486

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Christopher. M. MCELYNN, Respondent.**

**No. 440 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

July 10, 2001.

## *ORDER*

PER CURIAM.

AND NOW, this 10th day of July, 2001, upon consideration of the Petition for Dissolution of an Order of Temporary Suspension Entered Pursuant to Rule 208(f), Pa.R.D.E., filed by the Office of Disciplinary Counsel, it is hereby

ORDERED that this Court's Order of July 7, 1998, placing Respondent on temporary suspension pursuant to Rule 208(f), Pa.R.D.E ., is hereby dissolved.